UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FREDERICK LANDRIGAN,

                        Plaintiffs,

    -against-

LEO R. KAYTES, JR., LEON KAYTES FORD,
INC., P.O. RON DONNATIN and THE TOWN OF
WARWICK,

                        Defendants.
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 8669 (WC)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants P.O. RON DONNATIN and THE TOWN OF WARWICK, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       October 31, 2007

                                          MIRANDA SOKOLOFF SAMBURSKY
                                          SLONE VERVENIOTIS, LLP
                                          Attorneys for Defendants P.O. RON
                                          DONNATIN and THE TOWN OF
                                          WARWICK

                                          By: _____
                                             BRIAN S. SOKOLOFF (bss-7147)
                                          240 Mineola Boulevard
                                          The Esposito Building
                                          Mineola, New York 11501
                                          (516) 741-7676
                                          Our File No. 07-637

TO:   CLIFFORD G. KLEINBAUM, ESQ.
      Attorney for Plaintiff
      11 Martine Avenue, 12th Floor
      White Plains, New York 10606