AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

FRDERICK E. LANDDRIGAN

V.

LEO R. KAYTES, JR., LEO KAYTES FORD, INC. P.O. RON DONNATIN AND THE TOWN OF WARWICK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV. 8669**

JUDGE CONNER

TO: (Name and address of Defendant)

Town of Warwick
Route 94
Warwick, NY 10990

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLIFFORD G. KLEINBAUM
Attorney for Plaintiff
11 Martine Avenue, 12th Floor
White Plains, New York 10606
(914) 644-2000



RECEIVED
OCT 1 2 2007
TOWN OF WARWICK
TOWN CLERK  9:03AM

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

OCT - 9 2007
DATE

(By) DEPUTY CLERK

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x   Case No.: 07 CIV. 8669
        FREDERICK E. LANDRIGAN, Plaintiff,
                                              AFFIDAVIT OF SERVICE
        -V-                                   PROCESS SERVED:
                                              SUMMONS AND COMPLAINT
LEO R. KAYTES, JR. LEO KAYTES FORD, INC.,
P.O. RON DONNATIN AND THE TOWN OF WARWICK,
                          Defendants.
------------------------------------------x
STATE OF NEW YORK         ]
                          ]  ss.:
COUNTY OF WESTCHESTER     ]
```

Undersigned deponent, being duly sworn, deposes and says: that said deponent is not a party to this action, is over the age of eighteen and resides in the State of New York. Deponent served the process as follows:

UPON: The Town of Warwich

LOCATION OF SERVICE: 132 Kings Highway, Warwick, New York

PARTY ACCEPTING PROCESS: Carolyn Purta

DATE OF SERVICE: October 12, 2007       TIME: 9:03 a.m.

An approximate description of the person served with process listed herein:

SEX: female   SKIN COLOR: white   HAIR: brown      HEIGHT: 5'5"
WEIGHT:    140 lbs.    AGE: 40    OTHER:

Deponent states further that the process was served in the following manner:

By delivering to and leaving with Carolyn Purta who is the Deputy Town Clerk and an authorized agent to accept service of said Town of Warwick.

_____
KENT HILBRINK

Sworn to before me this
23rd day of October, 2007

_____
Notary Public

CLIFFORD G. KLEINBAUM
Notary Public State of
New York
No. 02KL-7297775
Qualified in Westchester County
Commission Expires October 31, 20_10_