✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____  District of _____ New York

FRDERICK E. LANDDRIGAN

V.

LEO R. KAYTES, JR., LEO KAYTES FORD, INC.
P.O. RON DONNATIN AND THE TOWN OF
WARWICK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CIV. 8669

## JUDGE CONNER

TO: (Name and address of Defendant)

P.O. Ron Donnatin
c/oTown of Warwick Police Department
Route 94
Warwick, NY 10990

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLIFFORD G. KLEINBAUM
Attorney for Plaintiff
11 Martine Avenue, 12th Floor
White Plains, New York 10606
(914) 644-2000

an answer to the complaint which is served on you with this summons, within ____TWENTY (20)____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# J. MICHAEL McMAHON

OCT - 9 2007

CLERK                                                        DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                  Date                    *Signature of Server*

                                _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x          Case No.: 07 CIV. 8669

    FREDERICK E. LANDRIGAN,  Plaintiff,

           -V-                                              AFFIDAVIT OF SERVICE
                              PROCESS SERVED:
                              SUMMONS AND COMPLAINT

LEO R. KAYTES, JR. LEO KAYTES FORD, INC.,
P.O. RON DONNATIN AND THE TOWN OF WARWICK,
                       Defendants.
-------------------------------------------x

STATE OF NEW YORK       ]
                    ]  ss.:
COUNTY OF WESTCHESTER  ]

Undersigned deponent, being duly sworn, deposes and says:  that
said deponent is not a party to this action, is over the age of
eighteen and resides in the State of New York.  Deponent served
the process as follows:

UPON: P.O. Ron Donnatin

LOCATION OF SERVICE: 132 Kings Highway, Warwick, New York

PARTY ACCEPTING PROCESS: Police Chief McGovern

DATE OF SERVICE: October 12, 2007          TIME: 9:13 a.m.

An approximate description of the person served with process listed
herein:

SEX:   male  SKIN COLOR: white  HAIR: dark/greying    HEIGHT: 5'8"
WEIGHT:    170 lbs.   AGE: 53   OTHER:

Deponent states further that the process was served in the following
manner:

By delivering to and leaving with a person of suitable age and
discretion a true copy of the within named process.  Service was
made at the address given above which is the usual place of
business of the named party.

Service was completed when deponent deposited a copy of the process
in a plain, post-paid, properly addressed envelope, bearing the
legend "PERSONAL & CONFIDENTIAL", to the address listed, in an
official depository of the U.S. Postal Service.

                              _____
                              KENT HILBRINK

Sworn to before me this
23ʳᵈ day of October, 2007

_____
Notary Public

CLIFFORD G. KLEINBAUM
Notary Public State of
New York
No. 02KL-7297775
Qualified in Westchester County
Commission Expires October 31, 20 10