⚜AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

FRDERICK E. LANDDRIGAN

V.

LEO R. KAYTES, JR., LEO KAYTES FORD, INC.
P.O. RON DONNATIN AND THE TOWN OF
WARWICK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV. 8669**

**JUDGE CONNER**

TO: (Name and address of Defendant)

Leo R. Kaytes, Pres.
C/O Leo Kaytes Ford, Inc.
Route 94
Warwick, New York 10990

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLIFFORD G. KLEINBAUM
Attorney for Plaintiff
11 Martine Avenue, 12th Floor
White Plains, New York 10606
(914) 644-2000

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                          OCT - 9 2007

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        *Date*                      *Signature of Server*

                                                    _____
                                                    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x   Case No.: 07 CIV. 8669
    FREDERICK E. LANDRIGAN,  Plaintiff,
                                                   AFFIDAVIT OF SERVICE
        -v-                                     PROCESS SERVED:
                                                   SUMMONS AND COMPLAINT
LEO R. KAYTES, JR. LEO KAYTES FORD, INC.,
P.O. RON DONNATIN AND THE TOWN OF WARWICK,
                                Defendants.
----------------------------------------x
STATE OF NEW YORK        ]
                              ]  ss.:
COUNTY OF WESTCHESTER   ]

Undersigned deponent, being duly sworn, deposes and says:  that said deponent is not a party to this action, is over the age of eighteen and resides in the State of New York.  Deponent served the process as follows:

UPON: Leo R. Kaytes, Jr.

LOCATION OF SERVICE: Leo Kaytes Ford, Route 94, Warwick, New York

PARTY ACCEPTING PROCESS: Leo R. Kaytes, Jr.

DATE OF SERVICE: October 12, 2007      TIME: 8:50 a.m.

An approximate description of the person served with process listed herein:

SEX:    male  SKIN COLOR: white   HAIR: brown     HEIGHT: 6'0"
WEIGHT:    190 lbs.   AGE: 47   OTHER:

Deponent states further that the process was served in the following manner:

By personally delivering to and leaving with the named party, in hand, at the address given above.

                                                           _____
Sworn to before me this                 KENT HILBRINK
23rd day of October, 2007

_____
Notary Public

CLIFFORD G. KLEINBAUM
Notary Public State of
New York
No. 02KL-7297775
Qualified in Westchester County
Commission Expires October 31, 20_10_