UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FREDERICK E. LANDRIGAN

                 *Plaintiff(s)*,

-against-

LEO R. KAYTES, JR., LEO KAYTES FORD, INC.,
P.O. RON DONNATIN and THE TOWN OF WARWICK,

                *Defendant(s)*,
-----------------------------------------------------------X

Civil Action Number 07Civ 8669

**AFFIDAVIT PURSUANT TO RULE 7.1**

H. Malcolm Stewart, Esq. being duly sworn deposes and says under the penalties of perjury:

1. I am associated with the Law Offices of Donald L. Frum, attorneys for the Defendant Town of Warwick.

2. The Town of Warwick is a New York Municipal Corporation and it does not have a parent company.

Dated: Elmsford, New York
       November 20, 2007

_____
H. Malcolm Stewart