**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================X
FREDERICK E. LANDRIGAN,

        Plaintiff

   - against –

LEO R. KAYTES, JR., LEOKAYTES FORD, INC.,
P.O. RON DONNATIN and THE TOWN OF
WARWICK,

        Defendants
================================================X

Case No.: 07 CIV.8669 (WCC)

ECF CASE

**ORDER TO SUBSTITUTE ATTORNEYS**

Pursuant to Local Civil Rule 1.4, it is hereby:

**ORDERED** that HODGES WALSH & SLATER, LLP, 55 Church Street, Suite 211, White Plains, New York 10601, 914-385-6000, be substituted as attorneys of record for defendant, P.O. RON DONNATIN, in the above entitled action in the place of MIRANDA & SOKOLOF, pursuant to the attached stipulation.

Dated:    White Plains, New York

Feb. 1, 2008

_____
Sr. Judge William C. Conner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES E-MAILED TO COUNSEL OF RECORD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
========================================X

FREDERICK E. LANDRIGAN,   Case No.: 07 CIV.8669

            Plaintiff

   - against -   **SUBSTITUTION OF ATTORNEY**

LEO R. KAYTES, JR., LEOKAYTES FORD, INC.,
P.O. RON DONNATIN and THE TOWN OF
WARWICK,

            Defendants
========================================X

**IT IS HEREBY CONSENTED THAT** HODGES WALSH & SLATER, LLP, 55 Church Street, Suite 211, White Plains, New York 10601, be substituted as attorneys of record for the undersigned party in the above entitled action in the place of the undersigned attorneys as of the date hereof.

DATED:   White Plains, New York
          December 11, 2007

By: _____
     P.O. RON DONNATIN

By: _____
     MIRANDA & SOKOLOFF

By: _____
     HODGES WALSH & SLATER, LLP

STATE OF NEW YORK
COUNTY OF Orange   SS:

On the 27th day of December, in the year 2007 before me, the Undersigned, personally appeared personally known to Me or proved to me on the basis of satisfactory evidence To be the individual whose name is subscribed to the Within instrument and acknowledged to me that she Executed the same in his/her capacity, and that by her Signature on the instrument, the individual, or the person Upon behalf of which the individual acted, executed the Instrument.

Notary Public

STANLEY E. LUPINSKI
NOTARY PUBLIC, State of New York
No. 01LU5072396
Qualified in Orange County
Commission Expires Jan. 27, 2011